**RECEIVED**

JUL 20 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

Affidavit

The undersigned persons herewith state, under penalty of perjury of the laws of the United States of America, that they overheard HUMBERTO FERNANDEZ convey to his attorney that he wanted to appeal his sentences he sustained in his criminal case in Federal Court in Austin, Tx, shortly after above named person was sentenced.

The referenced instruction / request was given / made in record hall, just outside the court room. Further, the attorney in response, told the above named person that, because said person waived the right to appeal, that no appealed could be made.

(HUMBERTO FERNANDEZ if hereafter referred to "above named person")
Attested and sworn as follows:

_____
Humberto Fernández Sánchez   (father of above named person)
This ___17___ day of July, 2010.

_____
Juan Carlos Fernández Ocampo (brother of above named person)
This ___17___ day of July, 2010.

_____
José Luis Fernández Ocampo (brother of above named person)
This ___17___ day of July, 2010.

Verification can be obtained by telephone as follows:
011-52-818356-59-03;  011-52-811052-92-30.

RE; case no. A-10-C-A-412-SS [A-09-CR-193 (1)-SS]

Excibit
for
defendant

Case 1:09-cr-00193-SS   Document 153   Filed 07/20/10   Page 2 of 3

